**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

```
-----------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :
                                    :   CIVIL ACTION NO.  3:14-cv-00587
              Plaintiff,            :
                                    :
       v.                           :
                                    :
BOND   BROS.,   INC.,   and   MCPHEE:
ELECTRIC LTD.,                      :
                                    :
              Defendants.           :
-----------------------------------------------------------x
```

<u>**CONSENT DECREE**</u>

Plaintiff Equal Employment Opportunity Commission ("EEOC") filed this case on May 1, 2014 against Defendants Bond Brothers, Inc. ("Bond"), and McPhee Electric Ltd. ("McPhee").  EEOC brought this action to correct unlawful employment practices in violation of Title I of the Americans with Disabilities Act of 1990, as amended by the Americans with Disabilities Act Amendments Act of 2008 (collectively "ADA"), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability, and to provide appropriate relief to Charging Party Kevin Lebovitz ("Lebovitz").  Specifically, EEOC alleges that Defendants unlawfully refused to hire Lebovitz on the basis of his disability, and failed to provide him with a reasonable accommodation.  The Defendants, Bond and McPhee, denied the allegations but voluntarily agreed to settle the case in order to end further litigation.

In consideration of the mutual promises of each party to this Decree, the sufficiency of which the parties acknowledge, it is agreed and IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1

**PART I        GENERAL PROVISIONS**

**Section 101    Purpose of this Decree**

1.        EEOC and Defendants desire to settle this action, and therefore do hereby stipulate and consent to entry of this Decree as final and binding between the parties.

2.        This Decree fully and finally resolves all issues that were raised in EEOC's Complaint, and EEOC Charges of Discrimination, Numbers 846-2012-73069 and 523-2013-00013.  This Decree in no way affects EEOC's right to process any pending or future charges filed against Defendants or to commence civil actions on any such charges.

3.        EEOC and Defendants agree that this Court has jurisdiction over the subject matter and the parties to this action, that venue is proper, and that all administrative prerequisites have been met.  No party will contest the validity of this Decree or the jurisdiction of the federal district court to enforce this Decree and its terms.

4.        The terms of this Decree represent the full and complete agreement of the parties. The parties agree that this Decree may be entered into without Findings of Fact and Conclusions of Law being made and entered by the Court.

**Section 102    Definitions**

1.        **Business days**: "Business day" means Monday through Friday, except for Federal holidays.  If a deadline falls on a weekend or Federal holiday, the deadline shall be extended to the next business day immediately following the weekend or holiday.

2.        **Defendant entities**: Defendants are Bond Brothers, Inc. ("Bond"), and McPhee Electric Ltd. ("McPhee").

3.        **Effective date**: "Effective date" means the date this Decree is docketed by the clerk of court after it is signed by and/or receives approval from the Court.

2

**Section 103     Applicability of Decree to Successors and Assigns or Upon Purchase, Merger or Consolidation**

Before either Defendant engages in any transfer of their businesses or assets, they shall provide written notice of this lawsuit and a copy of the Complaint and this Decree to any potential purchaser of their businesses or assets, and to any potential successors, assigns, subsidiaries, or affiliates, including any entity with which Defendant(s) may merge or consolidate.   Defendant(s) will provide written notice to EEOC twenty-one days before: (1) any sale/transfer of a controlling interest of its stock to a third party, except for the sale or transfer to a current shareholders' family, or (2) sale/transfer of all or substantially all of its assets.

**Section 104     Amendments to this Decree**

By mutual consent of the parties, this Decree may be amended in the interests of justice and fairness and to facilitate execution of this Decree's provisions.  No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing, approved by all parties to this Decree, and approved or ordered by the Court.

**Section 105     Severability**

If one or more provisions of this Decree are rendered unlawful or unenforceable as a result of a legislative act or a decision by a court of competent jurisdiction, the following will apply to insure that this Decree continues to effectuate the intent of the parties.  The provisions of this Decree which are not rendered unlawful, unenforceable, or incapable of performance as a result of such legislative act or court decision will remain in full force and effect and the parties' responsibilities will not abate as to any and all provisions that have not been rendered unlawful or unenforceable, except to the extent that the intent of this Decree would be undermined.

**Section 106     Breach of Decree**

A breach of any term of this Decree by either Defendant will be deemed a material and

substantive breach of this Decree by the breaching Defendant.  Nothing in this Decree will be

construed to preclude EEOC from bringing proceedings to enforce this Decree against the

breaching Defendant if that Defendant fails to perform any of the terms contained herein.

Federal law shall control the construction and interpretation of this Decree.  Neither Defendant

shall be responsible for the other Defendant's compliance with this Decree.

**Section 107    Notices**

Except as otherwise provided for in this Decree, all notifications, reports, and

communications to the parties required under this Decree will be made in writing and will be

sufficient as emailed to the following persons (or their designated successors):

For EEOC:                   Hsiao-Hsiang (Catherine) Wan, Trial Attorney
                            Equal Employment Opportunity Commission
                            New York District Office
                            33 Whitehall Street, 5th Floor
                            New York, NY 10004
                            Tel: (212) 336-3744
                            Fax: (212) 336-3623
                            Email: Hsiao-hsiang.Wan@eeoc.gov and
                                   Decreemonitor.nydo@eeoc.gov

For Defendants:             Defendant Bond Brothers, Inc.
                            Thomas P. Lambert or Joshua M. Auxier
                            Halloran & Sage LLP
                            315 Post Road West
                            Westport, CT 06880
                            Tel: (203) 227-2855
                            Fax: (203) 227-6992
                            E-mail: Lambert@halloransage.com or
                                    Auxier@halloransage.com

                            *With a copy to:*
                            Paul M. James
                            Vice President and General Counsel
                            Bond Brothers, Inc.
                            145 Spring Street
                            Everett, MA  02149
                            PJames@bondbrothers.com

Defendant McPhee Electric Ltd.
David A. Corbett
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9637
Tel: (860) 413-2800
Fax: (860) 413-2801
E-mail: Corbett@litchfieldcavo.com

*With a copy to:*
John D. Conroy
Chief Financial Officer
McPhee Electric, Ltd.
505 Main Street
Farmington, CT  06032
JohnC@McPheeusa.com

Any party may change such addresses by written notice to the other parties setting forth a new address for this purpose.

**Section 108    Parties' Fees and Costs**

The parties will bear their own attorneys' fees and costs incurred in this action.

**PART II          INJUNCTIVE RELIEF**

**Section 201    Injunctions**

1.      Defendants, their managers, officers, agents, successors, assigns, and all persons or entities acting on behalf of either Defendant, are enjoined from discriminating on the basis of disability in hiring or recruiting.

2.      Defendants, their managers, officers, agents, successors, assigns, and all persons or entities acting on behalf of either Defendant, shall engage in the interactive process with all individuals seeking reasonable accommodation under the ADA, and shall provide reasonable accommodation to all such individuals as provided under the ADA.

3.      Defendants, their managers, officers, agents, successors, assigns, and all persons or entities acting on behalf of either Defendant, are enjoined from engaging in retaliation of any kind against any person because of such person's opposition to discrimination based on disability, or because of filing a charge, testifying or participating in any manner in any investigation, proceeding, or hearing relating to discrimination based on disability, or because an individual was identified as a possible witness for EEOC, or because of any assertion of rights pursuant to this Decree.

**Section 202    Posting and Distribution of Notices**

**A.      Posting of Notice of Resolution**

Within thirty (30) days of the effective date of the entry of this Decree, Defendants will post the "Notice of Lawsuit and Settlement" attached to this Decree as Exhibit A, in the lunch rooms of each respective Defendant's headquarters and within job trailers that are located on construction sites.  The posters shall be posted on the wall where the EEOC posters are regularly displayed.  Defendants will certify in writing to EEOC that they have posted the Notice of Lawsuit and Settlement within ten (10) business days after they have posted said Notice pursuant to this provision.

**B.      Posting of EEO Posters**

Within thirty (30) days of the entry of this Decree, Defendants will conspicuously display and maintain the most recent version of EEOC's poster "EEO is the Law" in locations readily accessible to and commonly frequented by Defendants' employees and applicants.

**Section 203    Non-Discrimination Policy, Complaint Procedures, and Reasonable Accommodation Policy/Procedures**

**A.      Content of Non-Discrimination Policies and Procedures**

Defendants will adopt anti-discrimination policies and complaint procedures ("Policies and Procedures"), setting forth each Defendant's commitment to equal opportunity in all aspects of employment and, at a minimum, containing the following: (1) a detailed explanation of the prohibition against disability discrimination; (2) the assurance that Defendants will not retaliate against employees or applicants who make complaints of discrimination, who oppose practices they consider to be unlawfully discriminatory, and/or who participate in protected activity or who provide information related to complaints of discrimination; (3) a clearly described complaint process that sets forth accessible avenues of complaint with a number of choices of individuals to whom complaints can be made, including persons outside the employee's chain of command; (4) the assurance that Defendants will accept any and all complaints from employees or applicants who wish to file complaints internally; (5) the assurance that the filing of anonymous complaints is permitted and includes safeguards to preserve the anonymity when requested by a complainant; (6) the assurance that Defendants will keep confidential to the extent possible and not publicize unnecessarily the subject matter of the complaints or the identity of the complainants; (7) a process that provides a prompt, thorough, and effective investigation, including interviewing complainant and all witnesses and obtaining and reviewing all material documents identified by the complainant or respondent to the extent necessary to reach a reasonable conclusion concerning the allegations; (8) a requirement that all aspects of an investigation be thoroughly documented in written form; (9) assurance that upon completion of an investigation into a discrimination complaint, the complainant and the respondent will promptly receive a summary of the conclusions reached as a result of the investigation; and (10) the assurance that Defendants will take prompt and appropriate corrective action when they determine that discrimination has occurred.

B.      **Content of Reasonable Accommodation Policy/Procedures**

Each Defendant will maintain a policy providing for reasonable accommodation pursuant to the ADA.  As part of the policy, each Defendant will maintain a clearly described interactive process that provides accessible avenues for employees and applicants to request reasonable accommodation.

1.      **Reasonable Accommodation for Employees**

Defendants' policies shall provide that Defendants will make reasonable accommodations for employees with disabilities, either upon request or upon reasonable notice of the employee's need for accommodation.

2.      **Reasonable Accommodation for Applicants**

Defendants' reasonable accommodation policies shall clearly cover accommodations for job applicants, as well as employees.

C.      **Issuance of Policies and Procedures**

1.      Defendants' Policies and Procedures are attached hereto as Exhibit B. Attachment of the Policies and Procedures to this Decree is not a representation by EEOC that Defendants have been or currently are in compliance with federal anti-discrimination laws.

2.      Within thirty (30) days of the entry of this Decree, Defendants will notify all employees of the changes to the Policies and Procedures in the Employee Guidebooks/Handbooks concerning discrimination and reasonable accommodation pursuant to the ADA.  (Attached as Exhibit B.)

3.      Within thirty (30) days of the effective date of this Decree, Defendants will include their Policies and Procedures in their Employee Guidebooks/Handbooks and will make Policies and Procedures available on the company intranet.

4.      Defendants will provide intranet access to the Employee Guidebook/Handbook, which shall contain the Policies and Procedures, to all new employees within seven (7) business days of the commencement of their employment.  McPhee shall provide a physical copy of the Handbook/Guidebook to all new employees who do not have access to the intranet within ten (10) days of the commencement of their employment.  Bond shall mail a copy of the Handbook/Guidebook to all new employees within thirty (30) days of the notice of access to the intranet.

5.      Within thirty (30) days of the effective date of this Decree, Defendant McPhee will disseminate to all employees the changes to the Policies and Procedures in the Employee Guidebook/Handbook concerning discrimination and reasonable accommodation pursuant to the ADA, by electronic mail, and in the case an employee who does not have access to an email account, it will be mailed to the employee's last known address.

6.      Within thirty (30) days of the entry of this Decree, Defendant Bond will disseminate to all employees the changes to the Policies and Procedures in the Employee Guidebook/Handbook concerning discrimination and reasonable accommodation pursuant to the ADA, by either in-person delivery or mail to the employees' last known address.

7.      Six months after the effective date of this Decree, Defendants will certify in writing to EEOC that they have mailed a copy of the Policies and Procedures, included them in their Handbook/Guidebook and made them available on their intranet, in accordance with the above terms.  On an annual basis, thereafter, the Defendants will certify in writing that they have provided access to the Policies and Procedures to new employees in accordance with the above terms.

8.     If any further revisions and/or additions are made to the Policies and Procedures after the effective date of this Decree, Defendants will send to EEOC copies of the proposed revised policies or procedures for EEOC's approval before issuance.

**Section 204     Training**

**A.     Initial Training**

**1.     Timing and Requirements of Initial Training**

Within ninety (90) days of the Effective Date of this Decree, Defendant Bond will provide initial training program(s) for all of its (a) Project Managers; (b) Project Executives; (c) Business Unit Leaders; (d) Operation Managers and (e) non-union Superintendents.  Within ninety (90) days of the Effective Date of this Decree, Defendant McPhee will provide initial training program(s) for all of its (a) Project Managers; (b) Project Executives; (c) Business Unit Leaders; (d) Operation Managers; (e) non-union Superintendents and General Foremen, or other non-union employees with supervisory duties; and (f) and other employees involved in human resources matters or employment decisions.  Each initial training program(s) will include the following: (a) a detailed agenda with training materials, (b) curriculum vitae for the individual(s) who will conduct the training, and (c) a plan to ensure that all employees receive the required training.  The initial training will be conducted by a third party entity with experience in employment discrimination law.

**2.     Duration of Initial Training**

The initial training for all employees will be at least two (2) hours in duration.  Reference to the training in this Decree is not a representation by EEOC that Defendants have been or currently are in compliance with federal anti-discrimination laws.

**3.     Content of Training**

The initial training program(s) will review the rights and responsibilities of employees and applicants as set forth in federal anti-discrimination laws and how such laws define unlawful discrimination with a focus on disability discrimination and reasonable accommodation. The training will include examples of unlawful conduct. The training also will cover Defendants' anti-discrimination policies and procedures with particular emphasis on the internal complaint, investigation, and remediation processes and an employee's right to file with EEOC and state or local agencies. Finally, this training(s) will include instruction on any policies and requirements related to this Decree, the proper procedures for responding to complaints of discrimination or harassment and addressing requests for and provisions of reasonable accommodations under the ADA.

**B.     Annual Training**

**1.     Annual Training**

Within thirty (30) days of each anniversary of the Effective Date of this Decree, Defendants will provide all the employees holding the titles denominated in paragraph 204.A.1 above with at least one (1) hour of EEO training as described below in sub paragraph 2.

**2.     Subjects of Annual Training**

The annual training programs shall be administered to all employees holding the titles denominated in paragraph 204.A.1. Each training(s) will cover the same topics as the initial training, described in paragraph 204.A.3 above. This training may be conducted by each Defendant's EEO officer or qualified individual or entity.

**C.     Training for New Employees**

Defendants will provide either a live two (2) hours training or a two (2) hours DVD or video recording ("Training Video") for all new employees holding the titles denominated in

paragraph 204.A.1 who did not undergo the initial training set forth in paragraph 204.A, within twenty (20) business days of the commencement of their employment.  The Training Video for new employees will be a DVD or electronic video recording of the initial training session that was conducted in accordance with paragraph 204.A above.

D.      **Reporting Requirements for Training**

All employees attending any training sessions described in the above paragraphs will print and sign their full names on an attendance sheet.  Each employee who views the Training Video shall, thereafter, verify to his or her immediate supervisor that he or she has viewed the Training Video by printing and signing his/her full name on a verification sheet.  On an annual basis beginning six (6) months after the effective date of this Decree, Defendants will provide EEOC with copies of all attendance sheets and a list of all employees classified in paragraph 204.A.1 above.  On an annual basis beginning six (6) months after the effective date of this Decree, Defendants will provide EEOC with the verification sheets executed by new employees.

D.      **Pre-Training Notification Requirement**

At least twenty (20) business days prior to the initial trainings required pursuant to this Section, Defendants will provide EEOC notice of the date, time, and location of the scheduled training.  EEOC, at its discretion, may attend and observe one or more of the training sessions.

**Section 205     Monitoring and Reporting**

A.      **Reporting Requirements for Discrimination Complaints**

On an annual basis beginning six (6) months after the Effective Date of this Decree, Defendants will provide separate written reports to EEOC with information regarding verbal or written complaints of disability discrimination from employees or applicants, which were received, pending or closed during the preceding reporting period, if any.  If any such complaints

12

were received during the operative time period, the reports will include the name of the complainant, the name of the alleged discriminator, a list of each step taken by the Defendant during the investigation, a summary of the complaint, the results of any investigation of the complaint, and any remedial action taken by the Defendant.

### B.   Reporting Requirements for Requests for Reasonable Accommodation

On an annual basis beginning six (6) months after the Effective Date of this Decree, Defendants will provide separate written reports to EEOC with information regarding any verbal or written requests for reasonable accommodations, from employees or applicants, which were received, pending or closed during the preceding reporting period, if any.  If any such requests were made in the reporting period, the reports will include the name of the individual requesting reasonable accommodation, the reasonable accommodation requested, a list of each step taken by the Defendant during the interactive process, the names and positions of Defendant's supervisors or managers involved in the interactive process, and the reasonable accommodation granted/denied.

### C.   Monitoring by EEOC

#### 1.   Means and Methods of Monitoring

EEOC may monitor Defendants' compliance with this Decree. EEOC may accomplish its monitoring through the inspection of Defendants' premises, jobsites and records, and interviews with Defendants' officers, agents, employees and contractors at reasonable times.

#### 2.   Notice of Monitoring and Judicial Oversight of Monitoring

Prior to any monitoring, EEOC must provide written notice within ten (10) business days of the first contemplated date of monitoring with a list of documents sought by EEOC, persons that EEOC seeks to interview and the projected number of days in which EEOC will need to

complete its monitoring, unless EEOC determines that it is not in the public interest to provide

such notice.  After receipt of such notice of monitoring, the receiving Defendant may seek the

intervention of Magistrate Judge Joan Margolis to mediate EEOC's notice, if it objects to

EEOC's notice based on undue burden.  The receiving Defendant shall provide written notice of

Judge Margolis' intervention within five (5) business days of receipt of EEOC's notice, if it

seeks intervention.  If, for any reason, Magistrate Judge Margolis cannot be available within a

reasonable amount of time, the parties shall agree to another available Magistrate Judge chosen

by Honorable District Judge Meyer.

### 3.      Provision of Documents and Interviews

Defendants will make available for inspection and copying any records related to this

Decree upon request by EEOC.  Again, the Defendants may seek intervention with Magistrate

Judge Margolis within five (5) business days of a request for inspection and copying, as detailed

in paragraph 205.C.2.

### Section 206    Compliance with Recordkeeping Requirements

Defendants agree to maintain such records as are necessary to demonstrate their

compliance with this Decree and 29 C.F.R. Section 1602 *et. seq.* and to verify in writing that the

reports submitted pursuant to this Decree are accurate.

### PART III      MONETARY RELIEF

### Section 301    Monetary Payment to Claimant

1.      Defendants will pay a total of $120,000.00 to Kevin Lebovitz.  Within thirty (30)

days of the entry of this Decree, Defendants will deliver, by certified mail or overnight Federal

Express mail, two checks made payable to "Kevin Lebovitz," each in the amount of $60,000.

The parties acknowledge that this payment represents backpay in the amount of $60,000.00, and

14

compensatory damages in the amount of $60,000.  No payment to Mr. Lebovitz from Defendant McPhee constitutes back pay.

2.      Lebovitz shall receive a tax form W2 from Defendant Bond in connection with the backpay amount and a tax form 1099 from Defendant McPhee in connection with the compensatory damages.  The forms will be sent via mail to Lebovitz at the address provided by EEOC.  A copy of the checks and tax forms will be provided to EEOC immediately upon issuance.

## PART IV      SIGNATURES

Each signatory to this Decree represents that he is fully authorized to execute this Decree and to bind the parties on whose behalf he signs.

## PART V      DURATION OF DECREE

1.      This Decree and its compliance requirements will remain in effect for three (3) years from the effective date of this Decree.  The effective date of this Decree will be the date it is docketed by the clerk of court after it is signed by and/or receives approval from the Court.  If, three (3) years from the effective date of this Decree, there is a pending enforcement action against a signatory to this Decree, the Decree shall remain pending against that signatory until the enforcement action reaches a final resolution.

2.      A breach by one Defendant does not place the second Defendant in breach of the agreement.  For example, if only one of the Defendants breaches the Decree, any subsequent enforcement and/or remedial action shall only be taken against the offending Defendant. Moreover, the Defendants shall comply with the Decree's responsibilities independently and will bear their own costs in so doing.  If EEOC has notified either Defendant in writing not less than fifteen (15) business days in advance of the expiration of this Decree that the specific Defendant

15

is not in compliance with any section of this Decree, the specific Defendant's obligations under this Decree will remain in effect until EEOC determines that the specific Defendant is in compliance.

　　　　3.　　　The Court will retain jurisdiction over this action for all purposes including, but not limited to, the entering of all orders, judgments, and decrees as necessary to implement the relief provided herein.  Upon signature and approval by the Court, the matter may be administratively closed but will not be dismissed.

APPROVED IN FORM AND CONTENT:

**FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Robert D. Rose, Regional Attorney
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004

Catherine Wan, Trial Attorney
Tel: (212) 336-3744
Fax: (212) 336-3623
Email: Hsiao-hsiang.wan@eeoc.gov

**FOR DEFENDANT BOND BROTHERS., INC.**

General Counsel for Bond Brothers, Inc.
Paul James
145 Spring Street
Everett, MA  02149

Attorneys for Defendant Bond Brothers, Inc.
Thomas P. Lambert
Halloran & Sage LLP.
315 Post Road West
Westport, CT 06880
Tel: (203) 227-2855
Fax: (203) 227-6992
E-mail: lambert@halloransage.com

**FOR DEFENDANT MCPHEE ELECTRIC LTD.**

Attorneys for Defendant McPhee Electric Ltd.
David A. Corbett
Litchfield Cavo LLP.
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9637

17

Tel: (860) 413-2800
Fax: (860) 413-2801
E-mail: Corbett@litchfieldcavo.com

SO ORDERED, ADJUDGED AND DECREED this _____ day of _____, 2015.


_____
United States District Judge

# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

# EXHIBIT A

## NOTICE OF LAWSUIT AND SETTLEMENT

This Notice is being posted as part of a Consent Decree memorializing the voluntary settlement of a lawsuit brought by the U.S. Equal Employment Opportunity Commission ("EEOC") against Bond Brothers, Inc. ("Bond") and McPhee Electric Ltd. ("McPhee"), in Federal court in Connecticut (Civil Action No. 14-cv-00587). In its lawsuit, EEOC alleged that Bond and McPhee discriminated against an applicant for employment on the basis of his disability – dyslexia. EEOC alleged that Bond and McPhee refused to hire the applicant because of his disability, and failed to provide him with a reasonable accommodation.

Federal law prohibits employers from discriminating against applicants and employees based on national origin, religion, race, color, sex, age, disability, or genetic information. Pursuant to Title I of the Americans with Disabilities Act of 1990, as amended by the Americans with Disabilities Act Amendments Act of 2008 (collectively "ADA"), discrimination on the basis of disability in the workplace - which includes when the employer is hiring, firing, promoting, laying off, compensating, or providing benefits, job assignments and training - is unlawful discrimination. In addition, the ADA requires employers to provide reasonable accommodations to qualified employees and applicants with a disability. Federal law also disallows employers from retaliating against individuals who complain about or oppose discrimination or participate in any way in the processing of a complaint about discrimination and/or failure to accommodate those with a disability.

Defendants Bond and McPhee and their managers, officers, and agents, will support and comply with Federal law prohibiting discrimination against any employee or applicant for employment because of an individual's disability. Bond and McPhee will engage in an interactive process and provide reasonable accommodation to any qualified employee or applicant.

Pursuant to the Consent Decree, Defendants Bond and McPhee: (1) will not discriminate in hiring or recruiting based on disability, or retaliate against any person who exercises his or her rights under Federal anti-discrimination laws; (2) will maintain and distribute written policies and procedures prohibiting discrimination and enabling employees to file discrimination complaints; (3) will maintain and distribute written policies and procedures about reasonable accommodations for employees and applicants; (4) will provide training on Federal laws prohibiting employment discrimination to various current and future non-union employees; (5) will permit EEOC to monitor compliance with the Consent Decree; (6) will provide EEOC periodic reports on its internal complaints of discrimination and failure to provide reasonable accommodation; (7) will post this Notice; and (8) will pay monetary relief to the claimant.

Should you have a complaint of discrimination, you may report it to any EEOC office throughout the United States, including in the Boston Area Office, which may be contacted at:

**Equal Employment Opportunity Commission**
**(800) 669-4000**
**www.eeoc.gov**

Dated: _____

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE ALTERED OR DEFACED BY ANYONE OR COVERED BY ANY OTHER MATERIAL**

**This notice must remain posted for three years from date shown above, and must not be altered, defaced, or covered by any other material.  Any question concerning this Notice or compliance with its provision may be directed to the U.S. Equal Employment Opportunity Commission at the number listed above.**

# EXHIBIT B

## Equal Opportunity Policy and Complaint Procedure

Objective

BOND is an equal opportunity employer and abides by the requirements of the Americans with Disabilities Act (ADA). In accordance with anti-discrimination law, it is the purpose of this policy to effectuate these principles and mandates. BOND prohibits discrimination and harassment of any type and affords equal employment opportunities to employees and applicants without regard to race, color, religion, sex/gender, national origin, age, disability, ancestry, veteran status or military obligations, sexual orientation, or genetic information. BOND abides by the requirements of the ADA, which prohibits discrimination against a person on the basis of a disability, record of disability or perceived disability in all aspects of employment.

Unlawful discrimination occurs when someone is treated less favorably than another person or group because of race, color, religion, sex/gender, national origin, age, disability, ancestry, veteran status or military obligations, sexual orientation, or genetic information. Unlawful harassment includes unwelcome intimidation, ridicule, insult, comments, or physical conduct based on race, color, religion, sex/gender, national origin, age, disability, ancestry, veteran status or military obligations, sexual orientation, or genetic information. BOND is committed to keeping its workplaces free of such conduct.

BOND is also committed to reasonably accommodating those with disabilities. It agrees to provide reasonable accommodations to those with a disability, record of a disability, or perceived disability whenever possible in all aspects of employment. Accommodations shall be made after engaging in an interactive process with employees requiring accommodation.

Scope

The policy of equal employment opportunity (EEO) and anti-discrimination applies to all aspects

of the relationship between BOND and its employees and applicants, including but not limited to:

- Recruitment.

- Employment.

- Promotion.

- Transfer.

- Training.

- Working conditions.

- Wages and salary administration.

- Employee benefits and application of policies.

Dissemination and Implementation of Policy

The Senior Leadership Team of BOND will be responsible for the dissemination of this policy. Business Unit Leaders, project executives, directors, managers and supervisors are responsible for implementing equal employment practices within each Division.  The EEO Officer is responsible for overall compliance and will maintain personnel records in compliance with applicable laws and regulations.

Procedures

BOND administers our EEO policy fairly and consistently by:

- Posting all required notices regarding employee rights pursuant to EEO laws in areas highly visible to employees.

- Forbidding retaliation against any individual who files a charge of discrimination, opposes a practice believed to be unlawful discrimination, reports harassment, or assists, testifies or participates in an EEO agency proceeding.

- Encouraging employees to report to a supervisor, the next level manager, the EEO Officer or the general counsel any discrimination or harassment that is suspected, observed, or experienced or retaliation for reporting discrimination or harassment even if the person receiving the report is not within the employee's direct chain of command. The report should be made within forty-eight (48) hours of the incident so that Bond can investigate the matter promptly. Every report, however, will be investigated after receipt. Mandating that all supervisors or management promptly notify the EEO Officer of all incidents or reports of discrimination or harassment and takes other appropriate measures to resolve the situation.

Reasonable Accommodation

Bond will make reasonable accommodations whenever necessary for all qualified employees or candidates for employment with disabilities or religious beliefs (as defined by applicable law), provided that (1) the individual is otherwise qualified to perform the essential functions of the job and (2) such accommodations do not impose undue hardship on Bond.

If an employee or applicant has a disability that requires an accommodation, he or she can initiate a request for accommodation by contacting his or her direct supervisor, Project Executive, Business Unit Leader or the EEO Officer. When a disability comes to their attention, whether reported or apparent, the parties will engage in an interactive process to determine what, if any, reasonable accommodation can be made for the employee or applicant. A request is not required if the need for accommodation is apparent.

Complaint Procedure

If you believe that you have been discriminated against based on your race, color, religion, sex/gender, national origin, age, disability, ancestry, veteran status or military obligations, sexual

orientation, or genetic information in any aspect of your employment, you are strongly

encouraged to report the incident at once to your supervisor . You may also report your

complaint to any Project Executive or Business Unit Leader, or to the EEO Officer, even if he or

she is not within your normal chain of command. Complaints can be made in person or in

writing and will be kept in the strictest confidence compatible with a thorough investigation.

If you choose to make the complaint in writing, the complaint will be most useful if you identify

yourself and/or other witnesses, if available, to the offending conduct.

<u>Investigation Procedure</u>

Once a complaint is made, BOND will promptly conduct an impartial investigation to determine

if discrimination has occurred. If the alleged conduct involves individuals who would ordinarily

conduct the investigation, an alternate means of investigation will be used.

As part of any investigation, those conducting the investigation shall interview all potential

witnesses to the alleged conduct. All documents provided or discovered in the investigation that

are necessary to reach a reasonable conclusion shall be reviewed, especially those documents

identified by the complainant and/or witnesses. All steps of the investigation shall be

documented in writing. Within fifteen (15) days of the conclusion of the investigation, a written

summary of the investigation's conclusions shall be provided to the complainant, if known, and

to the alleged wrongful actor.

The investigation will be kept as confidential as possible. Employees who disclose confidential

information to unauthorized parties will be subject to disciplinary action, which may include

termination. It must be recognized, however, what the alleged wrongful actor will be informed

of the nature of the complaint and asked to respond, and that other persons who can provide

information concerning the complaint may be interviewed. BOND encourages all its employees

to cooperate with its investigations.  BOND prohibits any retaliation against those who participate in an investigation.

If, at the conclusion of the investigation, there is a finding of discriminatory conduct, BOND will take all appropriate steps to remediate the  discrimination.  Any parties who have engaged in such discriminatory behavior will be disciplined appropriately and promptly.  Such discipline may include termination.

# Employment Policies

## Our At-Will Employment Relationship

While Phalcon, Ltd. and its subsidiaries (the "Company") strives to make the employment relationship a mutually satisfying one, we can make no assurances, either expressed or implied, concerning the duration of employment. All employees are at-will, meaning that either the Company or the employee can terminate employment at any time, with or without cause or notice.

In addition, it should be noted that no representative of the Company has the authority to make promises or guarantees of employment which are not consistent with our at-will policy. Nothing in this handbook, or in any other Company communications, forms, materials, or statements by supervisory personnel creates an express or implied contract of employment or should be construed as a contract or a promise of any kind. The at-will nature of employment can only be modified through a written employment agreement signed by the President of Phalcon, Ltd.

## Our Commitment to Diversity

The Company is committed to cultivating and preserving a culture of diversity and inclusion.

Our human capital is the most valuable asset we have. The collective sum of the individual differences, life experiences, knowledge, capabilities and talent that our employees invest in their work represents a significant part of our company's culture, reputation, and achievements. We embrace our employees' differences in age, race, ethnicity, family or marital status, gender identity or expression, language, national origin, disability, political affiliation, religion, sexual orientation, socio-economic status, veteran status, and other characteristics that make our employees unique.

All employees have a responsibility to treat others with dignity and respect at all times. All employees are expected to exhibit conduct that reflects inclusion during work, at work functions on or off the worksite, and at all other company-sponsored and participative events. Employees with supervisory or management responsibilities are particularly expected to model respect and inclusivity, to instruct and coach employees in considerate and non-discriminatory behavior, and to respond promptly to employee complaints or to their own observations of inappropriate behavior.

## Equal Employment Opportunity/Non-Discrimination Policy

It is the policy of the Company to provide equal employment opportunities to all applicants and employees without regard to race, color, religion, creed, age, sex, sexual orientation, marital status (including civil unions), national origin, ancestry, membership in the Armed Forces, genetic information, disability, or any other characteristic protected by law, and to treat applicants and employees in a non-discriminatory fashion in compliance with all state and federal law.

Any employee who believes that he or she has been subjected to discrimination, should follow the Complaint and Investigation Process outlined below in the Company's Anti-Harassment Policy.

This non-discrimination policy extends to every phase of the employment process including but not limited to recruiting, hiring, introductory period, training, placement and employee

development, promotion, transfer, compensation, benefits, social and recreational programs, employee facilities, termination, and retirement. The Company will not tolerate adverse treatment of any employee based on the protected class or category to whom he or she belongs, rather than on the basis of individual merit, with respect to the terms, conditions, or privileges of employment.

Any violations of this policy will not be tolerated.

## Anti-Harassment Policy, Including Sexual Harassment

We believe that every employee has a right to feel safe and comfortable while doing his or her job and to advance in the Company according to his or her talents and abilities. The Company is committed to maintaining a workplace that is free of harassment or intimidation based on a person's race, color, religious creed, age, sex, sexual orientation, marital status (including civil unions), national origin, ancestry, membership in the Armed Forces, genetic information, disability, or any other characteristic protected by law. The Company prohibits harassment of one employee by another employee, a supervisor, or a third party and also prohibits harassment of any third party, such as clients or vendors, by any employee. Any violation of this policy will result in disciplinary action, up to and including termination of employment.

Harassment can take many forms, subtle or not so subtle. The following are some but not all of the behaviors prohibited under this policy:

- Unwanted sexual advances, propositions, or other sexual comments, jokes, noises, or gestures

- Physical assault or stalking

- Discriminatory comments, slurs, slang words, threats, or insults directed toward a particular individual or group

- Displaying, possessing in the workplace, or electronically transmitting any pictures, calendars, objects, reading material, or other materials that are threatening, demeaning, insulting, hostile, sexually suggestive, or pornographic

- Unwillingness to train, evaluate, assist, or work with an employee

- Any retaliation against an employee for making a harassment complaint, participating in an investigation, or opposing practices they consider to be unlawfully discriminatory; prohibited retaliation includes acts such as making adverse employment decisions, interfering with an employee's work performance, covering up harassing behavior, or pressuring an employee to cover up such behavior

For purposes of this policy, sexual harassment means any unwelcome sexual advances, requests for sexual favors or any conduct of a sexual nature when:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment

- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual, or

- Such conduct has the purpose or effect of unreasonably interfering with the individual's work performance or creating an intimidating, hostile, or offensive working environment

The above is not meant to be an all-inclusive list of behaviors prohibited under this policy but rather examples of the types of behavior that are not acceptable in the workplace or anywhere else when engaged on Company business.

**Complaint and Investigation Process**

Any employee who believes that he or she has been subjected to discrimination or harassment, or who observes such activity, should immediately discuss his or her concerns with a manager. An employee who is not comfortable speaking with the direct supervisor may contact the supervisor's supervisor, the President, or the Human Resources Representative. We strongly encourage employees to communicate any and all complaints of discrimination, harassment, or retaliation. An employee is welcome to communicate a complaint anonymously, and anonymous complaints will be investigated to the fullest extent possible. Prompt reporting allows early intervention, which is most effective in resolving situations satisfactorily. Every supervisor or manager who learns of any employee's or work applicant's concern about conduct in violation of this policy, whether in a formal complaint or informally, must immediately report the issues raised to senior management ([specify positions]) or to [_____] ([specify contacts]).

Employees or work applicants represented by a labor organization retain all rights under their collective bargaining agreements and labor law including the right to use the grievance process. This policy does not override any provisions of those collective bargaining agreements.

All reported complaints of discrimination or harassment will be investigated promptly, thoroughly, and objectively. The Company will take steps it deems appropriate to prevent the alleged misconduct from continuing pending the completion of the investigation. The investigation process, written records, and the identity of the complaining party will be handled in as private and confidential a manner as possible. Information will be shared as needed to conduct a thorough investigation.

The investigation may include interviews with the person who originally communicated the complaint, the complainant (alleged victim), the respondent (alleged perpetrator), and all witnesses, as well as obtaining and reviewing all documents or other materials identified by the complainant or respondent, to the extent necessary to reach a reasonable conclusion concerning the allegation. The investigation will be documented in writing, and a summary of the conclusions will be provided promptly to the complainant and the respondent.

**Corrective Action**

If a thorough and impartial investigation determines that discrimination, harassment, or other misconduct has occurred, the Company will take immediate action, up to and including termination of employment. Supervisory employees, with support from Human Resources staff, will be responsible for ensuring that disciplinary procedures are carried out and for ensuring that no further discrimination, harassment, or retaliation occurs.

Retaliation against an individual for reporting workplace harassment, assisting in providing information relevant to a claim of harassment, or opposing practices he or she considers to be unlawfully discriminatory is a violation of this policy and will be treated with the same strict discipline as would the harassment itself. Acts of retaliation should be reported immediately and will be promptly investigated. In addition, any supervisory employee who fails to cooperate in investigating a complaint or in implementing remedial measures following resolution of a complaint may also be subject to disciplinary action.

**Reasonable Accommodation of Individuals with Disabilities**

The Americans with Disabilities Act prohibits discrimination based on a disability, record of disability or perceived disability in all aspects of employment.  The Company makes and will

continue to make reasonable accommodation to promote the employment of qualified disabled individuals unless such accommodations would impose an undue hardship on its business.  A reasonable accommodation is any change in the work environment or in the way a job is performed that enables a person with a disability to enjoy equal employment opportunities, including, for example, changes to a job application process, changes to the work environment, or to the way a job is usually done, or changes that enable an employee with a disability to enjoy equal benefits and privileges of employment (such as access to training).

Requests for reasonable accommodation should be made to Human Resources.  We may ask you to complete a Request for Accommodation form to confirm your request.  The Company also may require documentation about your disability and functional limitations in order to identify the appropriate accommodation.  Although the Company will attempt to provide your requested accommodation, we are not always able to do so.  The Company reserves the right to provide an alternative reasonable accommodation that is effective at removing the workplace barrier in question and to not provide accommodation when doing so would pose an undue hardship on the Company's business.

An applicant or employee who believes he or she needs a reasonable accommodation of a disability should discuss the need for possible accommodation with the Human Resources Department. Requests for reasonable accommodation, and any supporting documentation, will be treated as confidential, maintained in a file separate from your other personnel documents, and disclosed only as permitted by law.

**A Note on Genetic Information**

Federal law prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by the law(s).  We respect your medical privacy and take our responsibility to comply with these laws seriously. The Company will not request or require you to provide genetic information except in those limited circumstances allowed by law.  "Genetic information," as defined by federal law, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.  If you have any questions about this policy, please speak to Human Resources.  If you believe there has been a violation of this policy, please follow the procedure set forth in the Company's Anti-harassment policy.

**State and Federal Remedies**

The importance of this policy cannot be emphasized enough.  An environment free of unlawful harassment is not only the law, it is fundamental to the Phalcon culture.  We hope that all employees will feel comfortable coming forward and allowing us to pursue an internal resolution of the matter that allows everyone to work together without unnecessary escalation of any inappropriate situation involving sexual harassment.

While the Company hopes that any employee who feels he or she has been the subject of unlawful harassment or discrimination will immediately bring the matter to the attention of his or her supervisor or Human Resources Representative, employees also have the right to contact the government agencies set forth below.  Using the Phalcon complaint process does not

prohibit anyone from filing a complaint with these agencies. Employees should be aware that each of these agencies has a short time period for filing a claim, noted below.

United States Equal Employment Opportunity Commission – 300 days
http://www.eeoc.gov/field/boston/index.cfm
1-800-669-4000

Connecticut Commission on Human Rights and Opportunities – 180 days
http://www.ct.gov/chro/cwp/view.asp?a=2523&Q=315790
(860) 541-3400

Maryland Commission on Civil Rights – 6 months
http://mccr.maryland.gov/Intake.html
1-800-637-6247

Massachusetts Commission Against Discrimination – 300 days
http://www.mass.gov/mcad/
(617) 994-6000

New Jersey Division on Civil Rights – 180 days
http://www.nj.gov/oag/dcr/filing.html
(609) 292-4605

Tennessee Human Rights Commission – 180 days
http://www.state.tn.us/humanrights/complaint_form.html
1-800-251-3589

Virginia Division of Human Rights
http://www.oag.state.va.us/index.php/programs-initiatives/human-rights
(804) 786-2071